_AO91 (Rev. 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Bruno Lozano**<br>**Rio Grande City, Texas**<br>**United States**<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number:    **L-06-PO 3844** |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 30, 2006** (Date) in **/near Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Bruno Lozano** defendant(s),

a United States citizen, did knowingly and willfully aid and abet the illegal entry of Mexican alien Jesus Zuniga-Rodriguez and four (4) others by transporting, guiding, directing, and attempting to assist her in furthering her entry into the United States.

in violation of Title **8** United States Code, Section(s) **1325, 18 USC 2**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

Furthermore,

Continued on the attached sheet and made a part of this complaint:    **X** Yes    ☐ No

Signature of Complainant

**Santiago Martinez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**September 1, 2006**     at     Laredo, Texas
Date                                                                                                             City and State

**Adriana Arce Flores**
U.S. Magistrate Judge
Name and Title of Judicial Officer                                             Signature of Judicial Officer

**United States of America**                                                                                          **Page 2**

      **vs**

    **Bruno Lozano**

**[CONT OF BASIS OF COMPLAINT]**

On August 30, 2006, a 1999 red Freightliner truck-tractor and trailer entered the IH-35 Border Patrol checkpoint for the purpose of an immigration inspection of its passengers. The inspecting agent determined the driver, identified as Bruno Lozao, to be a United States citizen. During the inspection, a Service K-9 handler advised that his K-9 partner had alerted to truck-tractor.  The driver was referred to secondary for further inspection.

At secondary, a search of the truck-tractor revealed five (5) people hidden within the sleeper area. Of the five (5), two (2) persons were hidden underneath a latched bed that would not allow them to exit unless it opened from the outside. An immigration inspection of the five (5) revealed them to be aliens, from Mexico, El Salvador and, Guatemala, illegally in the United States. Lozano and the aliens were placed under arrest and read his rights as per Miranda.

Lozano admitted, in a sworn statement, he was going to be paid $500.00 to transport the aliens from Rio Grande City, Texas to the 164 mile marker in San Antonio, Texas. Someone else was to pick up the aliens and he was to get paid.

Furthermore, sworn statement given by material witness, Jesus Zuniga-Rodriguez, stated Lozano knew they were illegal aliens and that he was present at the time when they were getting into the truck-tractor. He further stated he was to pay $1500.00 to be smuggled to San Antonio, Texas.